**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN FLOYD III,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　21 **CIVIL** 4096 (NSR)

**JUDGMENT**

A.D.A. ELIZA FILIPOWSKI, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 8, 2022, Defendant's motion to dismiss is GRANTED. Plaintiff's federal claims are dismissed with prejudice, and, to the extent Plaintiff has attempted to plead state claims, such claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       July 11, 2022

                                          **RUBY J. KRAJICK**

                                          _____
                                          **Clerk of Court**
**BY:**
                                          _K. Mango_____
                                          **Deputy Clerk**